# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148814 & (28)(29)(30)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DERRICK LEE SMITH,
      Defendant-Appellant.

SC: 148814
COA: 319151
Wayne CC: 08-008639-FC

_____/

      On order of the Court, the application for leave to appeal the February 11, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for production of transcripts, to stay proceedings/hold case in abeyance, and to remand to trial court for decision on motion for production of transcripts is DENIED. The motion to dismiss the criminal bindover, conviction and sentence is DENIED. The motion to amend presentence information report is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

t0721